JS-6
**ORIGINAL**

1  ADAM LEVIN (SBN 156773)
   axl@msk.com
2  LAUREN S. KIM (SBN 210572)
   lsk@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendants
   UMG RECORDINGS, INC., DAVID HUDSON,
7  VERONICA CABAN and ROBERTA
   HERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BERNARD MALAVE, | CASE NO.   CV 06-2169 GAF (CTx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] JUDGMENT IN FAVOR OF DEFENDANTS UMG RECORDINGS, INC., DAVID HUDSON, VERONICA CABAN AND ROBERTA HERNANDEZ |
| v. | |
| VIVENDI UNIVERSAL, S.A., a French Corporation; UNIVERSAL MUSIC GROUP, a subdivision of VIVENDI UNIVERSAL, S.A.; DAVID HUDSON; VERONICA CABAN; ROBERTA HERNANDEZ; and DOES 1-100, inclusive, | Time: 9:30 a.m.<br>Date: January 28, 2008<br>Judge: Hon. Gary A. Feess<br>Ctrm: 740 |
| Defendants. | [Notice of Motion and Motion; Memorandum Of Points And Authorities; Separate Statement Of Undisputed Facts; Evidence In Support Of Defendants' Motion; [Proposed] Order; And [Proposed] Order Granting Alternative Motion For Partial Summary Judgment] |

---

DEFENDANTS' PROPOSED JUDGMENT

1  The Motion for Summary Judgment filed by Defendants UMG Recordings, Inc. ("UMG") (erroneously sued as "Universal Music Group, a subdivision of Vivendi Universal, S.A."), David Hudson ("Hudson"), Veronica Caban ("Caban"), and Roberta Hernandez ("Hernandez"), (collectively, the "Defendants") came on regularly for hearing before this Court on January 28, 2008, the Honorable Gary A. Feess, United States District Judge, presiding.

After full consideration of all of the evidence, the separate statements and the authorities submitted by each party, as well as oral argument by counsel, the issues having been duly heard and a decision having been duly rendered,

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff Bernard Malave take nothing, that the action be dismissed on the merits and that Defendants recover their costs.

Dated: 3/7/08

The Honorable Gary A. Feess
United States District Judge

2

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On December 27, 2007, I served the foregoing document described as **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS UMG RECORDINGS, INC., DAVID HUDSON, VERONICA CABAN AND ROBERTA HERNANDEZ** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows, and taking the action described below:

Moises A. Aviles, Esq.
Aviles & Associates
560 N. Arrowhead Avenue, Suite 2A
San Bernardino, CA  92401
*Attorneys for Plaintiff*

☐ **BY PLACING FOR COLLECTION AND MAILING:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and placed the envelope(s) for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 11377 West Olympic Boulevard, Los Angeles, California 90064-1683 in the ordinary course of business.

☒ **BY PERSONAL DELIVERY:** I placed the above mentioned document in a sealed envelope, and caused personal delivery by First Legal Support Services of the document listed above to the person at the address set forth above.

Executed on December 27, 2007, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Marina D. Solis

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18, and not a party to the within action; my business address is 1511 West Beverly Blvd., Los Angeles, CA 90026.

On December 27, 2007, I served the foregoing document(s) described as **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS UMG RECORDINGS, INC., DAVID HUDSON, VERONICA CABAN AND ROBERTA HERNANDEZ** which was enclosed in sealed envelopes addressed as follows, and taking the action described below:

Moises A. Aviles, Esq.
Aviles & Associates
560 N. Arrowhead Avenue, Suite 2A
San Bernardino, CA 92401
*Attorneys for Plaintiff*

☒ **BY PERSONAL SERVICE:** I hand delivered such envelope(s):

☐ to the addressee(s);

☐ to the receptionist/clerk/secretary in the office(s) of the addressee(s).

☐ by leaving the envelope in a conspicuous place at the office of the addressee(s) between the hours of 9:00 a.m. and 5:00 p.m.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 27, 2007, at Los Angeles, California.

_____        _____
          Printed Name                               Signature

Mitchell Silberberg & Knupp LLP

1682390.1